**CASE UNSEALED PER ORDER OF COURT**

~~SEALED~~

2013 APR 18 PM 2:54

BY ___ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

December 2012 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. ADEL AFKARIAN (1), ATEF AFKARIAN (2), Defendants. | Case No. '13 CR 1469 JAH<br>I N D I C T M E N T<br>Title 18, U.S.C., Sec. 1341 - Mail Fraud; Title 18, U.S.C., Sec. 2 - Aiding and Abetting; Title 18, U.S.C., Sec. 1957 - Money Laundering; Title 18, U.S.C., Secs. 981(a)(1) and 982(a)(1)(C), and Title 28, U.S.C., Sec. 2461(c) - Criminal Forfeiture |

The Grand Jury charges:

Counts 1 - 4

MAIL FRAUD
[18 U.S.C. § 1341]

1. Beginning on a date unknown to the grand jury, but no later than May 2010, and continuing through at least October 20, 2010, within the Southern District of California and elsewhere, defendants ADEL AFKARIAN and ATEF AKFARIAN, with the intent to defraud, devised and intended to devise a scheme to defraud as to material matters and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises, and the concealment of material facts.

//

SPC:nlv(1):San Diego
4/18/13

2. The principal goal of the scheme was to fraudulently obtain purportedly clear title to real property identified as 3414 Caminito Santa Fe Downs, Del Mar, California 92014 (further described as APN: 302-310-07-00) in order to subsequently deceive innocent purchasers to pay more than $1 million to defendants ADEL AFKARIAN and ATEF AFKARIAN for the real property without satisfying liens held by institutional lenders, and to convert the proceeds of that sale of 3414 Caminito Santa Fe Downs to the defendants' own use and benefit. To accomplish this purpose, it was part of the scheme that defendants ADEL AFKARIAN and ATEF AKFARIAN:

(a) knowingly used unregistered and sham entities with no legal or economic substance to execute and record documents falsely purporting to affect the legal title to 3414 Caminito Santa Fe Downs, Del Mar, California 92014;

(b) used persons to execute and record documents falsely purporting to affect the legal title to 3414 Caminito Santa Fe Downs, Del Mar, California 92014, knowing the persons had no legal authority to execute and record such documents;

(c) executed and recorded, and caused to be executed and recorded, fraudulent deeds of trust and reconveyances that falsely purported to totally eliminate the defendants' debt to lenders secured by 3414 Caminito Santa Fe Downs, Del Mar, California 92014;

(d) caused the San Diego County Recorder's Office, and others to send and receive mail matter via the United States mails in order to fraudulently record documents purportedly affecting title to 3414 Caminito Santa Fe Downs, Del Mar, California 92014, and to obtain the proceeds of the sale of that property;

(e) using the means and methods described above, fraudulently obtained the entire proceeds of the sale of 3414 Caminito Santa Fe Downs, Del Mar, California 92014 from innocent purchasers, a sum of more than $1 million; and

(f) engaged in monetary transactions involving funds fraudulently obtained from the sale of 3414 Caminito Santa Fe Downs, Del Mar, California 92014.

3. For the purpose of executing the above-described scheme to defraud and to obtain money and property by materially false and fraudulent pretenses, representations, and promises, as well as omissions of material facts, on or about the following dates, within the Southern District of California and elsewhere, defendants ADEL AFKARIAN and ATEF AFKARIAN caused to be placed in a United States post office and other authorized depository for mail matter, items to be sent and delivered by the United States Postal Service, as set forth below.

| COUNT | DATE | SENDER | RECIPIENT | ITEM |
|---|---|---|---|---|
| 1 | June 9,2010 | San Diego County Recorder | Noble Djed Foundation Carlsbad, CA | Deed of Trust 2010-xxx8456 |
| 2 | June 15,2010 | San Diego County Recorder | Freedom Layla Foundation San Diego, CA | Full Reconveyance 2010-xxx9184 |
| 3 | June 15,2010 | San Diego County Recorder | Freedom Layla Foundation San Diego, CA | Full Reconveyance 2010-xxx9185 |
| 4 | Nov. 17, 2010 | San Diego County Recorder | Paras Shah Del Mar, CA | Grant Deed 2010-xxx9622 |

All in violation of Title 18, United States Code, Section 1341, and Title 18, United States Code, Section 2.

//

Count 5

MONEY LAUNDERING
[18 U.S.C. § 1957]

4. On or about November 9, 2010, within the Southern District of California and elsewhere, defendant ATEF AFKARIAN did knowingly engage and attempt to engage in a monetary transaction by, through, and to a financial institution, affecting interstate commerce, in criminally derived property of a value greater that $10,000, such property having been derived from a specified unlawful activity, that is, Mail Fraud in violation of Title 18, United States Code, Section 1341, by transferring $688,834.63 from ATEF AKARIAN's US Bank account (ending 3049) to West Coast Escrow's Comerica Bank account (ending 5430) for the purchase of real property identified as 6964 Santa Fe Canyon Place, San Diego, California 92129 (further described as APN: 306-321-48-00); all in violation of Title 18, United States Code, Section 1957.

FORFEITURE ALLEGATIONS

5. The allegations contained in Counts 1 through 4 of this Indictment are re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c). The allegations contained in Count 5 are re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 982(a)(1).

//

//

//

6. Upon conviction of the offenses of mail fraud, in violation of Title 18, United States Code, Section 1341, as set forth in Counts 1 through 4, defendants ADEL AFKARIAN and ATEF AFKARIAN shall forfeit to the United States any property constituting or derived from proceeds traceable to such offense, including but not limited to the real property identified as 6964 Santa Fe Canyon Place, San Diego, California 92129 (further described as APN: 306-321-48-00) and a sum of money equal to the total amount of proceeds obtained directly or indirectly as a result of the offenses.

7. Upon conviction of the offense of money laundering, in violation of Title 18, United States Code, Section 1957, as set forth in Count 5, defendants ADEL AFKARIAN and ATEF AFKARIAN shall forfeit to the United States any real or personal property involved in such offense or traceable to such property, including but not limited to the real property identified as 6964 Santa Fe Canyon Place, San Diego, California 92129 (further described as APN: 306-321-48-00) and a sum of money in the amount of $688,834.63.

//

//

//

//

//

//

//

//

//

//

//

8. Pursuant to Title 21, United States Code, Section 853(p), the defendants shall forfeit substitute property, up to the value of the amount described above, if, as a result of any act or omission of the defendants, the property described above, or any portion thereof, cannot be located upon the exercise of due diligence; has been transferred, sold to, or deposited with a third party; has been placed beyond the jurisdiction of this court; has been substantially diminished in value; or has been commingled with other property which cannot be divided without difficulty.

All pursuant to Title 18, United States Code, Sections 982(a)(1) and 981(a)(1)(C), and Title 28, United States Code, Section 2461(c).

DATED: April 18, 2013.

A TRUE BILL:

Foreperson

LAURA E. DUFFY
United States Attorney

By:
STEPHEN P. CLARK
Assistant U.S. Attorney