

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 13CR1469 JAH |
|---|---|
| Plaintiff, | |
| v. | ORDER MODIFYING CONDITIONS OF PRETRIAL RELEASE |
| ADEL AFKARIAN (1), | |
| Defendant. | |

Based on the joint motion of the United States of America and defendant Adel Afkarian, by and through their respective counsel,

IT IS HEREBY ORDERED that the Modified Order and Conditions of Pretrial Release: Bail (Document No. 8) is further modified to permit Defendant to travel throughout the United States for business provided that Defendant: (1) seek and obtain permission of Pretrial Services Agency (PSA) before any travel; (2) comply with any reporting conditions set by PSA while traveling; and (3) report to PSA upon his return.

Dated: 10/3/13

William V. Gallo
United States Magistrate Judge