LAURA E. DUFFY
United States Attorney
EMILY W. ALLEN
Special Assistant U.S. Attorney
VALERIE H. CHU
Assistant United States Attorney
California State Bar Nos. 234961/241709
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 546-9738/6750
Fax: (619) 546-0450
Email: emily.allen@usdoj.gov
       valerie.chu@usdoj.gov

Attorneys for Plaintiff
United States of America

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br><br>    v.<br><br>ADEL AFKARIAN, et al.,<br><br>                 Defendants. | Case No. 13CR1469-JAH-DMS<br><br>**PROTECTIVE ORDER AND ORDER TO DISCLOSE SEALED DOCUMENTS** |

    Pursuant to the joint motion of the United States and Petitioner Iraj Afkarian ("Petitioner"), Title 18 United States Code, Section 981(g); Federal Rule of Civil Procedure 26(c) pertaining to regulation of civil discovery; and General Order No. 514 of the United States District Court for the Southern District of California ("General Order No. 514"), the Court hereby orders as follows:

    The United States is authorized to disclose sealed court documents as requested, provided that any further disclosure or use at

a hearing would require a motion to the Court to unseal such documents.

Accordingly, the Motion to Disclose Sealed Documents is hereby GRANTED.

Furthermore, IT IS HEREBY ORDERED that:

1. All discovery produced by the United States in this case is for use by Petitioner solely for addressing the instant ancillary forfeiture proceeding and for no other purpose. Petitioner may not distribute, disseminate, disclose or exhibit discovery materials to any person other than counsel of record, including to representatives of the media, litigants in other cases, or other third parties, except as further set forth herein;

2. Petitioner shall take all reasonable steps to (a) maintain the confidentiality of the discovery and (b) safeguard the discovery produced in this case from inadvertent disclosure or review by any third party;

3. Petitioner may not provide witnesses discovery materials without the prior consent of the United States or further Order of this Court;

4. Petitioner shall destroy or return to the United States any and all copies of the discovery within 90 days of the conclusion of the proceedings in the above-referenced case, including any appeal; and

//

//

//

5.  If counsel withdraws or is disqualified from participation in this case, Petitioner shall provide to new counsel or return to the United States any and all copies of the discovery within 10 days.

IT IS SO ORDERED.

DATED: __2-26-14__          _____
                            HONORABLE DANA M. SABRAW
                            United States District Judge

ACKNOWLEDGMENT

I have reviewed the foregoing protective order and I agree to be bound by its terms.

DATED: _____   SIGNED: _____

                          NAME: _____

5. If counsel withdraws or is disqualified from participation in this case, Petitioner shall provide to new counsel or return to the United States any and all copies of the discovery within 10 days.

IT IS SO ORDERED.

DATED: 2-26-14

HONORABLE DANA M. SABRAW
United States District Judge

ACKNOWLEDGMENT

I have reviewed the foregoing protective order and I agree to be bound by its terms.

DATED: 2/27/14     SIGNED: _____

NAME: Loan Shillinger

3