# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                    Plaintiff,<br>    vs.<br>ADEL AFKARIAN, et al.,<br><br>                                    Defendants. | CASE NO. 13cr1469 JAH DMS<br><br>**ORDER SETTING BRIEFING SCHEDULE** |

This case comes before the Court on the Petition for Remission on behalf of Paras Shah and Sapana Shah. In light of this Petition, the Court sets the following briefing schedule:

1.  The Government shall file its opposition to the Petition on or before **May 12, 2014**.

2.  Claimants shall fille their reply to the Government's opposition on or before **May 27, 2014**.

**IT IS SO ORDERED**.

DATED: April 29, 2014

_____
HON. DANA M. SABRAW
United States District Judge

- 1 -                                                                                                                          13cr1469