UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   v.<br><br>ADEL AFKARIAN,<br><br>                Defendant. | CASE NO.: 13cr1469-JAH-DMS<br><br>**ORDER** |

**JOINT MOTION HAVING BEEN ENTERED** by the parties:

**IT IS HEREBY ORDERED** that Mr. Afkarian be released on a $10,000 cash bond, with all the remaining conditions of the previously-ordered release and two additional conditions. First, that Mr. Afkarian is to be in compliance with any Federal, state or local stay-at-home orders during this time. Second, that Mr. Afkarian shall immediately disclose all prospective or actual employment to the probation officer.

**SO ORDERED.**

DATED: 4/09/2020

By: _____
HON. JOHN A HOUSTON
United States District Court Judge